## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                          Case No. 22-45589-lsg

**Berwick Clinic Company, LLC**                 Chapter 11, Subchapter V

    Debtor.                              Hon. Lisa S. Gretchko

_____/

### ORDER DIRECTING UNITED STATES TRUSTEE'S
### APPOINTMENT OF PATIENT CARE OMBUDSMAN

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 9) between the United States Trustee and the Debtor, for entry of an order directing the United States Trustee to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333. The Court has reviewed the Stipulation and, based thereon, finds good cause to enter this order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the United States Trustee is directed to appoint a Patient Care Ombudsman.

**Signed on July 25, 2022**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**