UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-45589-lsg

**Berwick Clinic Company, LLC**  Chapter 11, Subchapter V

    Debtor.  Hon. Lisa S. Gretchko
_____/

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Deborah L. Fish, Patient Care Ombudsman, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following person:

Deborah L. Fish, Esq.
Allard & Fish, P.C.
1001 Woodward Avenue
Suite 850
Detroit, Michigan 48226
Telephone: (313) 309-3171
dfish@allardfishpc.com

/S/ Deborah L. Fish
Patient Care Ombudsman
1001 Woodward Avenue
Suite 850
Detroit, MI 48226
(313) 309-3171
dfish@allardfishpc.com
P36580

Dated: July 25, 2022