Revised 05/08

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Berwick Clinic Company, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## BANKRUPTCY PETITION COVER SHEET

(The debtor must complete and file this form with the petition in every bankruptcy case. Instead of filling in the boxes on the petition requiring information on prior and pending cases, the debtor may refer to this form.)

**Part 1**

"Companion cases," as defined in L.B.R. 1073-1(b), are cases involving any of the following: (1) The same debtor; (2) A corporation and any majority shareholder thereof; (3) Affiliated corporations; (4) A partnership and any of its general partners; (5) An individual and his or her general partner; (6) An individual and his or her spouse; or (7) Individuals or entities with any substantial identity of financial interest or assets.

Has a "companion case" to this case ever been filed at any time in this district or any other district? Yes ___ No **X**  
**(If yes, complete Part 2.)**

**Part 2**

**For each companion case, state in chronological order of cases:** (Attach supplemental sheets if necessary.)

|  | First Case | Second Case | Third Case |
|---|---|---|---|
| Name on petition |  |  |  |
| Relationship to this case |  |  |  |
| Case Number |  |  |  |
| Chapter |  |  |  |
| Date filed |  |  |  |
| District |  |  |  |
| Division |  |  |  |
| Judge |  |  |  |
| Status/Disposition |  |  |  |

(Pending, confirmed & still open, confirmed & closed, dismissed before/after confirmation, discharged, etc.)

**If the present case is a Chapter 13 case, state for each companion case:**

| | | | |
|---|---|---|---|
| Attorney |  |  |  |
| Legal fee | $ | $ | $ |
| Proposed legal fee in this case | $ | | |

Changes in circumstances which lead the debtor to reasonably believe that the current plan will be successful.

_____
_____

**Part 3 - In a Chapter 13 Case Only**

The Debtor(s) certify, re: 11 U.S.C. § 1328(f):  
**[indicate which]**
- ☐ Debtor(s) received a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
- ☐ Debtor(s) did **not** receive a discharge issued in a case filed under Chapter 7, 11, or 12 during the 4-years before filing this case.
- ☐ Debtor(s) received a discharge in a Chapter 13 case filed during the 2-years before filing this case.
- ☐ Debtor(s) did **not** receive a discharge in a Chapter 13 case filed during the 2-years before filing this case.

I declare under penalty of perjury that I have read this form and that it is true and correct to the best of my information and belief.

**/s/ Priyam Sharma**  
**Priyam Sharma**  
Debtor

Debtor

**/s/ Robert Bassel**  
**Robert Bassel P48420**  
Debtor's Attorney

Date: **July 26, 2022**