Fill in this information to identify the case:
Debtor name: **Berwick Clinic Company, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berwick Hospital<br>701 E 16th<br>Berwick, PA 18603 | | trade | | | | $2,454,812.27 |
| Athena Health<br>PO BOX 415615<br>Boston, MA 02241 | G Boynton | trade | | | | $13,440.96 |
| Berwick Medical Development<br>751 EAST 16TH STREET SUITE 300,<br>Berwick, PA 18603 | | trade | | | | $9,553.17 |
| CONSOLIDATED CALL CENTER SERVICE<br>1504 BROADWAY AVE.<br>Mattoon, IL 61938 | 217-234-9915 | trade | | | | $369.81 |
| First Keystone Community Bank<br>111 W FRONT ST,<br>Berwick, PA 18603 | | trade | | | | $1,287.50 |
| ITRIA VENTURES<br>535 MADISON AVE,<br>New York, NY 10022 | | trade | | | | $2,633,350.70 |
| Kurowski MD Spine and Pain Mgt<br>223 STONER ROAD,<br>Beech Creek, PA 16822 | D Kurowski<br>6465226235 | trade | | | | $22,800.00 |
| Mckesson Medical Surgical<br>PO BOX 634404,<br>Cincinnati, OH 45263 | 800-453-5180 | trade | | | | $23,913.75 |
| Michelle Hall -<br>538 Marchville RD<br>Berwick, PA 18603 | | trade | | | | $137,013.85 |

| Debtor | Berwick Clinic Company, LLC | | Case number (if known) | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mike Lenandowski** 235 E Ridge St, Nanticoke, PA 18634 | | trade | | | | $92,862.50 |
| **Navinet** PO BOX 9988, Wilkes Barre, PA 18773 | | trade | | | | $300.00 |
| **NRG Business Solutions** 804 CARNEGIE CENTER Princeton, NJ 08540 | J Odiam 713-4885435 | trade | | | | $1,520.65 |
| **Pentagon Federal Credit Union -** 1415 Ritner Hwy, Carlisle, PA 17013 | | trade | | | | $300.00 |
| **Peter H Seidenberg** 11872 LONGFELLOW CIRCLE Shreveport, LA 71106 | Bonnie 570-394-3829 | trade | | | | $4,200.00 |
| **PHILLIP LONGNECKER** 6 SONNY RD, Berwick, PA 18603 | | trade | | | | $150.00 |
| **PPL** 2 North 9th Street, Allentown, PA 18101 | 1-888-220-9991 | trade | | | | $160.33 |
| **Robert A. Gregor-** 39 Smlth Pond Rd, Dallas, PA 18617 | | trade | | | | $124,968.00 |
| **Sant Partners** 11872 LONGFELLOW CIRCLE, Shreveport, LA 71106 | | trade | | | | $140,000.00 |
| **SBJ GROUP INC** 1 CHISHOLM TRIAL ROAD, SUITE 450, Round Rock, TX 78681 | | trade | | | | $280,000.00 |
| **UGI Utilities** PO BOX 15503 Wilmington, DE 19886 | | trade | | | | $228.20 |