# United States Bankruptcy Court
## Eastern District of Michigan

In re **Berwick Clinic Company, LLC**
Debtor(s)

Case No.
Chapter **11**

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

■ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: **Priyam Sharma**
Address: **c/o Debtor**

**(For additional names, attach an addendum to this form)**

☐ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **July 26, 2022**

**/s/ Priyam Sharma**
Signature of Authorized Individual
For Corporation Debtor

**Priyam Sharma**
Print Name

**Principal**
Title