In re   **Berwick Clinic Company, LLC**                                  Case No.
                                      Debtor(s)                          Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Priyam Sharma**, declare under penalty of perjury that I am the **Principal** of **Berwick Clinic Company, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Managers of said entity at a special meeting.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Priyam Sharma**, **Principal** of this entity, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the entity and

Be It Further Resolved, that **Priyam Sharma**, **Principal** of this entity s authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the entity in connection with such bankruptcy case, and

Be It Further Resolved, that **Priyam Sharma**, **Principal** of this Corporation is authorized and directed to employ **Robert Bassel P48420**, attorney to represent the entity in such bankruptcy case."

Date  **July 26, 2022**                         Signed  **/s/ Priyam Sharma**
                                                         **Priyam Sharma**

Prepared by
/s/ Robert N. Bassel
Robert Bassel, P48420
POBOX T
Clinton, MI 49236
bbassel@gmail.com