## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|-----|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Albert Alley**<br>**301 W. 3rd Street, Berwick, PA**<br>**Berwick, PA 18603**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br>**wages**<br><br>Is the claim subject to offset?<br>☐ No<br>■ Yes | **$25,961.55** | **Unknown** |
| 2.2 | Priority creditor's name and mailing address<br>**Ayesha Usman**<br>**37 Kara Lane, Berwick, PA**<br>**Bloomsburg, PA 17815**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>■ Yes | **$15,336.53** | **Unknown** |

### 2.3

**Priority creditor's name and mailing address**
Chantel Foster
409 E 3rd Street,Berwick, PA
Berwick, PA 18603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$595.34**  Unknown

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.4

**Priority creditor's name and mailing address**
Christy Spade
157 Pine Road,Berwick, PA
Berwick, PA 17878

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$847.73**  Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.5

**Priority creditor's name and mailing address**
Dallas Riley
788 Sereno Hollow Rd,Berwick, PA
Berwick, PA 17814

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$798.83**  Unknown

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.6

**Priority creditor's name and mailing address**
Ella Hughes
1935 Orange Street,Berwick, PA
Berwick, PA 18603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,402.47**  Unknown

Date or dates debt was incurred

Basis for the claim:
wages

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Berwick Clinic Company, LLC | Case number (if known) | 22-45589 |
|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address<br>**Jacquelyn Laubach**<br>**237 W Diamond Ave,Berwick, PA**<br>**Berwick, PA 18201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,812.25 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Jennifer D'Angelo**<br>**1037 E 16th Street,Berwick, PA**<br>**Berwick, PA 18603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,089.63 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Jennifer Maczuga**<br>**343 Martz Street,Berwick, PA**<br>**Berwick, PA 18603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,359.63 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**trade** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Kelley Banyas**<br>**539 Martzville RD,Berwick,PA**<br>**Berwick, PA 18603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675.24 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Berwick Clinic Company, LLC | Case number (if known) | 22-45589 |
|---|---|---|---|

### 2.11
**Priority creditor's name and mailing address**
Leanne Roush
1002 E 4 1/2 St, Berwick, PA
Berwick, PA 18603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$947.13**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.12
**Priority creditor's name and mailing address**
Lynn Shaffer
331 Summerhill Ave, Berwick, PA
Berwick, PA 18603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$496.84**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.13
**Priority creditor's name and mailing address**
Mary Ann Karchner
25 Tank Rd, Berwick, PA
Berwick, PA 18635

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,779.84**  **Unknown**

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

### 2.14
**Priority creditor's name and mailing address**
Mercedes Hawkins
80 Valley Rd, Berwick, PA
Berwick, PA 18603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4.87**  **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Berwick Clinic Company, LLC | Case number (if known) | 22-45589 |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address<br>**Michelle Hall -**<br>**538 Marchville RD**<br>**Berwick, PA 18603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$137,013.85** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**trade** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Mike Lenandowski**<br>**235 E Ridge St,**<br>**Nanticoke, PA 18634** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$92,862.50** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Olivia Palmieri**<br>**95 E County Rd,Berwick, PA**<br>**Berwick, PA 18222** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,422.91** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Peggy Lyons**<br>**423 Hemlock Lane,Berwick, PA**<br>**Elysburg, PA 17824** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$223.72** | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Berwick Clinic Company, LLC | Case number (if known) | 22-45589 |
|---|---|---|---|

### 2.19
**Priority creditor's name and mailing address**
PHILLIP LONGNECKER
6 SONNY RD,
Berwick, PA 18603

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**trade**

Is the claim subject to offset?
■ No
☐ Yes

$150.00    Unknown

---

### 2.20
**Priority creditor's name and mailing address**
**Reyne Shellenberger**
**72 Fox Hollow Rd,Berwick, PA**
**Bloomsburg, PA 17815**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
■ No
☐ Yes

$382.45    Unknown

---

### 2.21
**Priority creditor's name and mailing address**
**Robert A. Gregor-**
**39 Smlth Pond Rd,**
**Dallas, PA 18617**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**trade**

Is the claim subject to offset?
☐ No
■ Yes

$124,968.00    Unknown

---

### 2.22
**Priority creditor's name and mailing address**
**Ryan Hawley**
**42 Old Mill Rd,Berwick, PA**
**Wilkes Barre, PA 18702**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
☐ No
■ Yes

$12,285.61    Unknown

| Debtor | Berwick Clinic Company, LLC | Case number (if known) | 22-45589 |
|---|---|---|---|

### 2.23 Priority creditor's name and mailing address
**Sharon Sorber**
**296 Marsh Creek Rd, Berwick, PA**
**Shickshinny, PA 18655**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
■ No
☐ Yes

$663.11    Unknown

---

### 2.24 Priority creditor's name and mailing address
**Trudy Bonham**
**95 Tripp Road, Benton, PA**
**Benton, PA 17814**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
■ No
☐ Yes

$624.20    Unknown

---

### 2.25 Priority creditor's name and mailing address
**Vanessa Wanick**
**616 E 16th street, Berwick, PA**
**Berwick, PA 18603**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
■ No
☐ Yes

$3,313.63    Unknown

---

### 2.26 Priority creditor's name and mailing address
**Verona Roberts**
**491 Ferncliff Rd, Berwick, PA**
**Berwick, PA 17815**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**wages**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    Unknown

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 7 of 11
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy
22-45589-lsg    Doc 23    Filed 08/01/22    Entered 08/01/22 22:11:29    Page 7 of 11

| | | |
|---|---|---|
| Debtor | **Berwick Clinic Company, LLC**<br>Name | Case number (if known)    22-45589 |

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Athena Health**<br>**PO BOX 415615**<br>**Boston, MA 02241**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No    ☐ Yes | $13,440.96 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Berwick Hospital**<br>**701 E 16th**<br>**Berwick, PA 18603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No    ☐ Yes | $2,454,812.27 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Berwick Medical Development - Suite 100**<br>**751 EAST 16TH STREET SUITE 300,**<br>**BERWICK,**<br>**Berwick, PA 18603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No    ☐ Yes | $9,553.17 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**CAMPBELL PRINITNG CO.**<br>**818 MONROE STREET, BERWICK, PA 18603**<br>**Berwick, PA 18603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No    ☐ Yes | $15.90 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**CONSOLIDATED CALL CENTER SERVICE**<br>**1504 BROADWAY AVE.**<br>**Mattoon, IL 61938**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** trade<br><br>Is the claim subject to offset? ■ No    ☐ Yes | $369.81 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**First Keystone Community Bank**<br>**111 W FRONT ST,**<br>**Berwick, PA 18603**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No    ☐ Yes | $1,287.50 |

| Debtor | Berwick Clinic Company, LLC | Case number (if known) | 22-45589 |
|---|---|---|---|

### 3.8
**Nonpriority creditor's name and mailing address**
ITRIA VENTURES
535 MADISON AVE,
New York, NY 10022

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$2,633,350.70**

---

### 3.9
**Nonpriority creditor's name and mailing address**
Kurowski MD Spine and Pain Mgt
223 STONER ROAD,
Beech Creek, PA 16822

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$22,800.00**

---

### 3.10
**Nonpriority creditor's name and mailing address**
Mathew Spring Water
PO BOX 87,
Nescopeck, PA 18635

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$19.50**

---

### 3.11
**Nonpriority creditor's name and mailing address**
Mckesson Medical Surgical
PO BOX 634404,
Cincinnati, OH 45263

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$23,913.75**

---

### 3.12
**Nonpriority creditor's name and mailing address**
Navinet
PO BOX 9988,
Wilkes Barre, PA 18773

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

### 3.13
**Nonpriority creditor's name and mailing address**
NRG Business Solutions
804 CARNEGIE CENTER
Princeton, NJ 08540

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$1,520.65**

---

### 3.14
**Nonpriority creditor's name and mailing address**
Pentagon Federal Credit Union -
1415 Ritner Hwy,
Carlisle, PA 17013

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

| | | |
|---|---|---|
| Debtor **Berwick Clinic Company, LLC** | Case number (if known) | 22-45589 |
| Name | | |

### 3.15
**Nonpriority creditor's name and mailing address**
People Trust Community Loan Fund
5300 West 65th Street, Little Rock, AR
Little Rock, AR 72209

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loan(s)

Is the claim subject to offset? ■ No ☐ Yes

**$653,095.00**

### 3.16
**Nonpriority creditor's name and mailing address**
Peter H Seidenberg
11872 LONGFELLOW CIRCLE
Shreveport, LA 71106

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$4,200.00**

### 3.17
**Nonpriority creditor's name and mailing address**
PPL
2 North 9th Street,
Allentown, PA 18101

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$160.33**

### 3.18
**Nonpriority creditor's name and mailing address**
Sant Partners
11872 LONGFELLOW CIRCLE,
Shreveport, LA 71106

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$140,000.00**

### 3.19
**Nonpriority creditor's name and mailing address**
SBJ GROUP INC
1 CHISHOLM TRIAL ROAD, SUITE 450,
Round Rock, TX 78681

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$280,000.00**

### 3.20
**Nonpriority creditor's name and mailing address**
UGI Utilities
PO BOX 15503
Wilmington, DE 19886

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** trade

Is the claim subject to offset? ■ No ☐ Yes

**$228.20**

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | | |
|---|---|---|---|---|
| Debtor | **Berwick Clinic Company, LLC** | | Case number (if known) | **22-45589** |
| | Name | | | |

**5a. Total claims from Part 1**          5a.    $       **432,017.86**

**5b. Total claims from Part 2**          5b.  + $     **6,248,920.91**

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.                    5c.    $     **6,680,938.77**