UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

**BERWICK CLINIC COMPANY, L.L.C.**  No. 22-45589

Chapter 11

Hon. Lisa S. Gretchko

Debtor.

_____

SMALL BUSINESS BALANCE SHEET

NOW COMES Debtor, through counsel, and states:

1. Debtor's latest draft balance sheet is attached. Debtor reserves the ability to amend its balance sheet as circumstances warrant.

|  |  |
|---|---|
| | Respectfully submitted, |
| | __/s/ Robert Bassel _____ |
| | ROBERT N. BASSEL (P48420) |
| | Attorneys for Debtor |
| | P.O. Box T |
| | Clinton, MI 49236 |
| DATED: 8/1/2022 | (248) 677-1234 |
| | bbassel@gmail.com |

# BERWICK CLINIC COMPANY LLC

Balance Sheet

As of June 30, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     1025100 First KeyStone A/c 6102 | 36,769.13 |
|     1025101 US Bank A/c 8318 | 77,442.82 |
|     Checking (8318) | 432,076.88 |
|   **Total Bank Accounts** | **$546,288.83** |
|   **Total Current Assets** | **$546,288.83** |
| **TOTAL ASSETS** | **$546,288.83** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|   Accounts Payable | |
|     2000000 Accounts Payable-QB | 13,550.99 |
|   **Total Accounts Payable** | **$13,550.99** |
|   Other Current Liabilities | |
|     1558001 SANT PARNTERS PAYABLE | 140,000.00 |
|     1559001 SBJ - Other Current Liabilities | 280,000.00 |
|     2160050 ERTC Loan Payable | 1,331,700.70 |
|     PPP Loan | 1,301,650.00 |
|   **Total Other Current Liabilities** | **$3,053,350.70** |
|   **Total Current Liabilities** | **$3,066,901.69** |
|   Long-Term Liabilities | |
|     2601082 INTERCOMPANY - BERWICK HOSPITAL | 2,409,488.93 |
|   **Total Long-Term Liabilities** | **$2,409,488.93** |
|   **Total Liabilities** | **$5,476,390.62** |
|   Equity | |
|     2190099 OPENING BALANCE EQUITY | 434,054.81 |
|     2200000 Retained Earnings | -3,967,649.42 |
|     Net Income | -1,396,507.18 |
|   **Total Equity** | **$ -4,930,101.79** |
| **TOTAL LIABILITIES AND EQUITY** | **$546,288.83** |