**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

**BERWICK CLINIC COMPANY, L.L.C.**              No. 22-45589

                                                Chapter 11

                                                Hon. Lisa S. Gretchko

        Debtor.

_____

**SMALL BUSINESS CASH FLOW STATEMENT AND STATEMENT OF OPERATIONS**

    NOW COMES Debtor, through counsel, and states:

1.  Debtor's latest draft income statement is attached.   Debtor reserves the ability to amend its income statement as circumstances warrant.

                                Respectfully submitted,
                                __/s/ Robert Bassel _____
                                ROBERT N. BASSEL (P48420)
                                Attorneys for Debtor
                                P.O. Box T
                                Clinton, MI 49236
DATED: 8/1/2022                 (248) 677-1234
                                bbassel@gmail.com

# BERWICK CLINIC COMPANY LLC

Profit and Loss

January - June, 2022

|  | TOTAL |
|---|---|
| **Income** | |
| 1105003 CLR A/R CASH CLEARING-(INSIGHT) | 989,127.81 |
| 5110101 CAFETERIA SALES | 93,991.32 |
| **Total Income** | **$1,083,119.13** |
| GROSS PROFIT | **$1,083,119.13** |
| **Expenses** | |
| 1100826 PAYROLL -PAYCHEX DIRECT DEPOSIT/TAXPAY | 1,690,394.61 |
| 4120000 EMPLOYEE BENEFITS | 261,996.00 |
| 4129976 401K ADMINISTRATION EXPENSES | 3,742.94 |
| **Total 4120000 EMPLOYEE BENEFITS** | **265,738.94** |
| 4130000 MEDICAL SUPPLIES | 8,379.54 |
| 4134020 OXYGEN & OTHER GASES | 2,477.57 |
| **Total 4130000 MEDICAL SUPPLIES** | **10,857.11** |
| 4140000 CONTRACTED LABOR | |
| 4145002 PHYSICIAN CONTRACT LABOR | 65,650.00 |
| **Total 4140000 CONTRACTED LABOR** | **65,650.00** |
| 4142000 OFFICE RENT | 29,900.00 |
| 4170000 UTILITIES | |
| 4170999 UTILITIES TELEPHONES | 5,443.84 |
| 4172760 UTILITIES WATER | 16,800.00 |
| 4173999 UTILITIES ELECTRIC | 77,636.85 |
| 4744999 UTILITIES GAS/OIL | 16,520.00 |
| **Total 4170000 UTILITIES** | **116,400.69** |
| 4176000 OTHER SUPPLIES | 261,275.51 |
| 4544000 PHYSICAN FEES | 60,043.04 |
| 4545000 PURCHASED SERVICES | 1,518.55 |
| 4695810 BANK CHARGES | 20,469.77 |
| **Total 4545000 PURCHASED SERVICES** | **21,988.32** |
| 4615900 OTHER OPERATING EXPENSE | 67,641.76 |
| 6120000 INSURANCE | 73,512.27 |
| 6900000 OTHER EXPENSES | 729.10 |
| 4370975 OTHER MISCELLANEOUS EXPENSES | 41,509.26 |
| 6140547 PROPERTY TAXES | 18,520.00 |
| **Total 6900000 OTHER EXPENSES** | **60,758.36** |
| Bank Charges - Credit Card | 6,396.35 |
| INTERNET, COMPUTERS, SOFTWARE | 24.52 |
| 4175910 INTERNET AND SOFTWARE SERVICE FEES | 1,914.45 |
| **Total INTERNET, COMPUTERS, SOFTWARE** | **1,938.97** |
| **Total Expenses** | **$2,732,495.93** |
| NET OPERATING INCOME | **$ -1,649,376.80** |
| NET INCOME | **$ -1,649,376.80** |

Accrual Basis  Friday, July 15, 2022 01:18 PM GMT-04:00