| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Berwick Clinic Company, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **22-45589** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | was leased through 7.31.2022 | |
| | State the term remaining | | Albert Alley DO |
| | List the contract number of any government contract | | 301 W 3rd St, Berwick, PA 18603 |
| | | | Berwick, PA 18603 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | leases of Suite 100 and 400,, 751 East 16th Street Berwick, Pa 18603, through 7.31.2022, was $9553.17 per month rent | |
| | State the term remaining | | Berwick Medical Development, LLC |
| | List the contract number of any government contract | | 751 East 16th Street |
| | | | Berwick, PA 18603 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | lease of 3151 Columbia Blvd, Bloomsburg PA 17815, lease through 7.31.2022 | |
| | State the term remaining | | Peter H. Seidenberg and Jennifer Bloom |
| | List the contract number of any government contract | | 11872 Longfellow Circle, |
| | | | Shreveport, LA 71106 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | lease of 109 S. Main Street, Shickshinny, PA, through 7.31.2022, was $1,250 per month | |
| | State the term remaining | | Shickshinny- First Keystone Corporation |
| | List the contract number of any government contract | | 111 West Front Street |
| | | | Berwick, PA 18603 |

| Debtor 1 | **Berwick Clinic Company, LLC** | | Case number (*if known*) | 22-45589 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **was leased through 7.31.2022** $4,200 per month | |
|---|---|---|---|
| | State the term remaining | | **Sorge Associates Realty, Inc.** |
| | List the contract number of any government contract | | **1019 West Front Street** |
| | | | **Berwick, PA 18603** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **rent is $10,830 per month** | |
|---|---|---|---|
| | State the term remaining | | **Vascular Clinic** |
| | List the contract number of any government contract | | **1918 W Front St,** |
| | | | **Berwick, PA 18603** |