UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:                                            Case No. 22-45589

    Berwick Clinic Company, LLC,                    Chapter 11 Proceeding

        Debtor.                                 Hon. Lisa S. Gretchko
_____/

## ORDER CHANGING TIME OF AUGUST 9, 2022 STATUS CONFERENCE FROM 11:00 A.M. TO 3:00 P.M.

On July 29, 2022, the Patient Care Ombudsman filed her First Report
Pursuant to Bankruptcy Code Section 333 ("First Report"; ECF No. 17).  The
Court reviewed the First Report, and entered an order (ECF No. 29) scheduling a
status conference for August 9, 2022 (at 11:00 a.m.) to discuss the issues raised in
the First Report.  On August 4, 2022, Debtor's counsel advised the Court that he
has a conflict and cannot attend a telephonic conference at 11:00 a.m. on August 9,
2022, but could attend a telephonic conference later that day.  The Court is advised
in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Court will
hold a telephonic status conference on **Tuesday, August 9, 2022**, **at 3:00 p.m.**  At

least five minutes before the scheduled time for said status conference, participants

should call (888) 684−8852 and use Access Code 6874938#, and place their phone

on mute and wait until the case is called before unmuting their phone and

participating. **The Debtor, Debtor's counsel, the Subchapter V Trustee, the**

**United States Trustee, and the Patient Care Ombudsman must appear at this**

**telephonic status conference**.  Other parties in interest are invited but not required

to attend.

Signed on August 4, 2022



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**