| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Berwick Clinic Company, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **22-45589** |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $ **278,159.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................... $ **278,159.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ ----
   
   unknown

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ **432,017.86**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **6,248,920.91**

4. **Total liabilities** ...................................................................................................................................... $ **6,680,938.77**
   Lines 2 + 3a + 3b