UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

Case No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

# DEBTOR'S APPLICATION
## TO EMPLOY ROBERT BASSEL AS BANKRUPTCY COUNSEL

Debtor states,

1. Debtor requires the assistance of and representation by an attorney for all legal matters arising in and under this chapter 11 case.

2. The Chapter 11 Debtor desires to retain Robert Bassel ("Applicant") as bankruptcy counsel in this matter and believes that Applicant is qualified to render the foregoing services because of his experience.

3. The current hourly rates being charged for Applicant's services are set forth in Mr. Bassel's verified declaration.

4. The Chapter 11 Debtor desires to employ Applicant, effective as of the petition date, with reasonable compensation and reimbursement of expenses to be determined by the Court. No compensation will be paid to the Applicant except upon application to and approval by the Court after notice and hearing or otherwise in accordance with procedures established by the Court to compensate professionals in this case.

5. Applicant does not represent any entity having an adverse interest in connection with the case of the Chapter 11 Debtor, is disinterested, and its retention is proper and appropriate.

6. Applicant received a retainer of $14,738 from Debtor's principal, from which the filing fee of $1,738 was paid, in addition to prepetition legal fees of $2,520, leaving a retainer of $10,480.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter the accompanying proposed Order employing Applicant as Chapter 11 Debtor's counsel, and granting the Chapter 11 Debtor such further relief as this Court deems just.

                                        Respectfully submitted,

                                        Debtor

                                        /s/ Priyam Sharma

DATED: 8.12.2022                      Priyam Sharma, Principal

Prepared by:
___/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 835-7683
bbassel@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

**ORDER GRANTING APPLICATION OF THE DEBTOR TO EMPLOY BANKRUPTCY COUNSEL**

Upon the Application Of The Debtor to Employ Bankruptcy Counsel, it appearing that Robert Bassel is disinterested and has no interest adverse to the estate and sufficient cause exists to grant the application,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Application is granted effective as of the petition date, subject to the requirements in the Application. The retainer remains property of the estate. All fees are subject to notice and court approval.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

## VERIFIED DECLARATION OF ROBERT BASSEL

Robert Bassel declares:

1. I am an attorney experienced in representing chapter 11 debtors and other parties in interest.

2. I currently charge $350.00 per hour for my legal services.

3. To my knowledge, neither I nor my firm hold or represent any interest adverse to the interests of the Debtor or the estate in connection with the case. Moreover, we are disinterested as defined by §101(14).

4. Neither I nor anyone in my firm has any connection with Debtor nor, except as disclosed herein, the creditors or parties in interest, their attorneys,

accountants or investment bankers, nor with the Office of the United States Trustee, nor its employees.

5. Applicant does not represent any entity having an adverse interest in connection with the case of the Chapter 11 Debtor, is disinterested, and its retention is proper and appropriate.

6. Applicant received a retainer of $14,738 from Debtor's principal, from which the filing fee of $1,738 was paid, in addition to prepetition legal fees of $2,520, leaving a retainer of $10,480.

7. Applicant has advised Debtor and its principals to retain the services of a financial professional to assist with the preparation of accrual based accounting and financial documents and Monthly Operating Reports ("MOR's") in accordance with the U.S. Trustee's Operating Instructions and Reporting Requirements.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Robert N. Bassel*

Dated: 8.12.2022       Robert N. Bassel

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

**NOTICE OF OPPORTUNITY TO RESPOND TO DEBTOR'S APPLICATION TO EMPLOY ROBERT BASSEL AS BANKRUPTCY COUNSEL**

    PLEASE TAKE NOTICE that Debtor has filed the accompanying application to employ bankruptcy counsel Robert Bassel.
**YOUR RIGHTS MAY BE AFFECTED**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    The Motion is available for review at the office of the Clerk of the U.S. Bankruptcy Court for the Eastern District of Michigan, located at 211 W. Fort Street, 17th Floor, Detroit, Michigan, or may be obtained by sending a **written** request to Robert N. Bassel, Esq., at the address below.
If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, within 14 days you or your attorney must:

1. Communicate with the Court regarding your response or an answer explaining your position, at:
United States Bankruptcy Court, 211 W. Fort Street, 17th Floor, Detroit, Michigan
You must also communicate your response to Robert N. Bassel, Esq. at the address stated below.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief requested in the motion.**

                                                Respectfully submitted,
                                                ___/s/ Robert Bassel _____
                                                ROBERT N. BASSEL (P48420)
                                                Attorneys for Debtor
                                                P.O. Box T
                                                Clinton, MI 49236
DATED:8.12.2022                              (248) 835-7683
                                                bbassel@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

_____

**PROOF OF SERVICE**

The undersigned served, or caused to be served, copies of Debtor's Application to Employ, Notice of Time to Respond and Proof of Service upon the following by U.S. Mail or via the ECF system, which is designed to serve notice upon the following, where applicable:

matrix

DATED: 8.12.2022

Respectfully submitted,
___/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 835-7683
bbassel@gmail.com