In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

## STATUS REPORT

NOW COMES Debtor, through counsel, and states:

1.    Debtor's 341 meeting has been set for 08/16/2022 at 10:00 AM

2.    Debtor's initial debtor interview was scheduled for 8.3.2022 at 2:00 p.m. and has been held.

3.    Debtor's initial status conference with the Court has been set for 8.17.2022 at 1:00 p.m.

4.    Debtor's assets are insured, and Debtor is in the process of setting up DIP banking.

5. Debtor anticipates filing a chapter 11 plan no later than 10/17/2022.

6. The proof of claim deadlines currently set follow:

| Proof of Claims Deadline | 11/14/2022 |
|---|---|
| Government Proof of Claim | 02/13/2023 |

7. Debtor is a medical clinic that employs approximately 10 employees and is currently working out of one location. It has 2 Nurse Practitioners, 1 employed physician, and 1 physician who is an independent contractor. It filed its chapter 11 bankruptcy for several reasons, including, inter alia, to downsize so that it can maximize its resources for the benefit of all constituencies.

8. Debtor's counsel believes that Debtor will be able to confirm a plan with all or at least a majority of the various stakeholders consenting to their proposed treatment. Debtor's counsel, the counsel for the United States Trustee, the Subchapter V Trustee and the Ombudsman have weekly telephonic meetings regarding this case.

.

DATED: 8.12.2022

Respectfully submitted,
__/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Counsel for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com