UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

Case No. 22-45589
Chapter 11
Hon.  Lisa S. Gretchko

_____

## DECLARATION OF PRIYAM SHARMA

Priyam Sharma states, under penalty of perjury:

1.      I am the principal of the Debtor.

2.      I am making this declaration to  supplement the prior Status Report filed by the Debtor regarding the Ombudsman's reports and to further inform the Court as to the status of the Debtor's operations.

3.      The Debtor currently is operating a vascular clinic, which it operated pre petition with the same staff that it has today.  Debtor's post-petition plans are to continue to operate the clinic as a vascular clinic because Debtor believes that the clinic will be able to operate at a profit and to fund plan payments and pay the administrative expenses in this case.

4.      Debtor is also working with the Ombudsman, Deborah Fish, to address patient care issues.  Debtor has determined that the best use of NP Verona Roberts' time is to assist in a patient support/continuation of care capacity for all non-vascular patients to authorize prescription refills, review

test results and notify patients of critical results, and to assist in reauthorizing services such as physical therapy, home health care, etc. Furthermore, at this time, Dr. Usman will not be performing any surgeries on her former Berwick patients at the Berwick Hospital.

5.     The two nurse practitioners who had previously given notice that they would be ceasing to work for Debtor in September 2022, but who ceased doing work the week of July 22, 2022, are seeing patients at 695 E. 16th St. Berwick PA 18603, a few hundred yards away from where they previously worked for the Debtor. This will assist former patients of the Debtor in being able to secure medical care.

**VERIFIED UNDER PENALTY OF PERJURY**

/s/ Priyam Sharma

DATED: 8.12.2022                    Priyam Sharma, Principal

Prepared by:
___/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 835-7683
[bbassel@gmail.com](mailto:bbassel@gmail.com)