UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

## AMENDED VERIFIED DECLARATION OF ROBERT BASSEL

Robert Bassel declares:

1. I am an attorney experienced in representing chapter 11 debtors and other parties in interest.

2. I currently charge $350.00 per hour for my legal services.

3. To my knowledge, neither I nor my firm hold or represent any interest adverse to the interests of the Debtor or the estate in connection with the case. Moreover, we are disinterested as defined by §101(14).

4. Neither I nor anyone in my firm has any connection with Debtor nor, except as disclosed herein, the creditors or parties in interest, their attorneys, accountants or investment bankers, nor with the Office of the United States

Trustee, nor its employees. I reviewed the lists of clients that I and my firm have represented over the past 10 years to determine if I or my firm had any connections with any of the parties in interest in this case. My search uncovered no connections with any of the parties in interest in this case other than as follows: Applicant previously represented Knox Clinic Corporation, which confirmed a chapter 11 plan in this District at Case No. 22-40018. Knox Clinic Corporation is owned by SBJ Group, Inc., which is owned by Sanjay Sharma, who is the spouse of Debtor's principal Priyam Sharma. Knox Clinic Corporation's schedules and Debtor's schedules indicate that Athena Health and Itria Ventures and SBJ Group were creditors of both entities.

5. Applicant does not represent any entity having an adverse interest in connection with the case of the Chapter 11 Debtor, is disinterested, and its retention is proper and appropriate.

6. Applicant received a retainer of $14,738 from Debtor's principal, from which the filing fee of $1,738 was paid, in addition to prepetition legal fees of $2,520, leaving a retainer of $10,480.

7. Applicant has advised Debtor and its principals to retain the services of a financial professional to assist with the preparation of accrual based accounting and financial documents and Monthly Operating Reports ("MOR's") in

accordance with the U.S. Trustee's Operating Instructions and Reporting Requirements.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8.13.2022

*/s/ Robert N. Bassel*
Robert N. Bassel