211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **22−45589−lsg**

In Re: (NAME OF DEBTOR(S))

  Berwick Clinic Company, LLC

_____/

## CORRECTED NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES IN A SUBCHAPTER V CASE

NOTICE IS HEREBY GIVEN that on **08/19/2022** an Order Establishing Deadlines and Procedures in a Subchapter V Case was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline for debtor to file motions is **09/19/2022**. This is also the deadline to file all unfiled overdue tax returns.

2. Status conference is set for **9/13/22 at 10:00 AM in Courtroom 1975, 211 West Fort St., Detroit, MI 48226**.

3. Deadline to file the pre−status conference report is **09/06/2022**.

4. Deadline for debtor to file a plan is **10/03/2022**.

5. Deadline to return ballots on plan and file objections to confirmation of plan is **11/07/2022**. Ballot form should be returned to debtor's attorney.

6. Deadline for creditors to make an election of application of 11 U.S.C. § 1111(b)(2) is **11/07/2022**.

7. Deadline for the ballot summary is **11/14/2022**.

8. Hearing on objections and confirmation of plan is set for **11/18/22 at 01:00 PM in Courtroom 1975, 211 West Fort St., Detroit, MI 48226**.

9. Deadline for all professionals to file final fee applications is **30 days after the confirmation order is entered**.

10. Deadline to file objections to the Order Establishing Deadlines and Procedures is **21 days after this Order is entered**.

11. Deadline to file a motion to extend the deadline to file a plan is **09/12/2022**.

12. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is **09/07/2022**.

These dates and deadlines are subject to change upon notice if the debtor files a plan before the deadline in item 4 above.

Dated: 8/19/22

                                              Todd M. Stickle , Clerk of Court
                                              UNITED STATES BANKRUPTCY COURT