211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **22−45589−lsg**

In Re: (NAME OF DEBTOR(S))

Berwick Clinic Company, LLC

_____/

**CORRECTED NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES IN A SUBCHAPTER V CASE**

NOTICE IS HEREBY GIVEN that on **08/19/2022** an Order Establishing Deadlines and Procedures in a Subchapter V Case was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline for debtor to file motions is **09/19/2022**. This is also the deadline to file all unfiled overdue tax returns.

2. Status conference is set for **9/13/22 at 10:00 AM in Courtroom 1975, 211 West Fort St., Detroit, MI 48226**.

3. Deadline to file the pre−status conference report is **09/06/2022**.

4. Deadline for debtor to file a plan is **10/03/2022**.

5. Deadline to return ballots on plan and file objections to confirmation of plan is **11/07/2022**. Ballot form should be returned to debtor's attorney.

6. Deadline for creditors to make an election of application of 11 U.S.C. § 1111(b)(2) is **11/07/2022**.

7. Deadline for the ballot summary is **11/14/2022**.

8. Hearing on objections and confirmation of plan is set for **11/18/22 at 01:00 PM in Courtroom 1975, 211 West Fort St., Detroit, MI 48226**.

9. Deadline for all professionals to file final fee applications is **30 days after the confirmation order is entered**.

10. Deadline to file objections to the Order Establishing Deadlines and Procedures is **21 days after this Order is entered**.

11. Deadline to file a motion to extend the deadline to file a plan is **09/12/2022**.

12. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is **09/07/2022**.

These dates and deadlines are subject to change upon notice if the debtor files a plan before the deadline in item 4 above.

Dated: 8/19/22

Todd M. Stickle , Clerk of Court
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Michigan

In re:  Case No. 22-45589-lsg
Berwick Clinic Company, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0645-2    User: admin    Page 1 of 2
Date Rcvd: Aug 19, 2022    Form ID: estdlV    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Berwick Clinic Company, LLC, 3637 Lahser Road, Bloomfield Hills, MI 48304-2124 |
| ombh | + | Deborah Fish, ALLARD AND FISH PC, 1001 Woodward Ave Ste 850, Detroit, MI 48226, UNITED STATES 48226-1904 |
| 27355368 | | Athena Health, PO BOX 415615,, BOSTON, MA 02241-5615 |
| 27355381 | + | Berwick Hospital, 701 E 16th St., Berwick, PA 18603-2397 |
| 27355379 | + | Berwick Medical Development, 751 EAST 16TH STREET SUITE 300,, BERWICK, PA 18603-2321 |
| 27355377 | + | CAMPBELL PRINITNG CO., 818 MONROE STREET,, BERWICK, PA 18603-1821 |
| 27355374 | + | CONSOLIDATED CALL CENTER SERVICE, 1504 BROADWAY AVE.,, MATTOON, IL 61938-3931 |
| 27355380 | + | First Keystone Community Bank, 111 W FRONT ST,, BERWICK, PA 18603-4701 |
| 27355384 | + | ITRIA VENTURES, 535 MADISON AVE,, NEW YORK, NY 10022-4214 |
| 27355372 | + | Kurowski MD Spine and Pain Mgt, 223 STONER ROAD,, BEECH CREEK, PA 16822-9303 |
| 27355367 | | Mathew Spring Water, PO BOX 87,, NESCOPECK, PA 18635-0087 |
| 27355366 | | Mckesson Medical Surgical, PO BOX 634404,, CINCINNATI, OH 45263-4404 |
| 27355386 | + | Michelle Hall, 538, Marchville RD,, Berwick, PA 18603-5511 |
| 27355387 | + | Mike Lenandowski, 235 E Ridge St, N, Nanticoke, PA 18634-2814 |
| 27355371 | + | Navinet, PO BOX 9988,, WILKES BARRE, PA 18773-9988 |
| 27355376 | + | PHILLIP LONGNECKER, 6 SONNY RD,, BERWICK, PA 18603-2447 |
| 27355375 | + | PPL, 2 North 9th Street,, Allentown, pa 18101-1179 |
| 27355373 | + | Pentagon Federal Credit Union, 1415 Ritner Hwy,, Carlisle, PA 17013-9300 |
| 27355378 | + | Peter H Seidenberg, 11872 LONGFELLOW CIRCLE,, SHREVEPORT, LA 71106-9384 |
| 27355385 | + | Robert A. Gregor, 39 SMIth Pond Rd,, Dallas , PA 18612-3065 |
| 27355383 | + | SBJ GROUP INC, 1 CHISHOLM TRIAL ROAD, SUITE 450,, ROUND ROCK, TX 78681-5094 |
| 27355382 | | Sant Partners LLC, P O BOX 0427,, Round Rock, TX 78680-0427 |
| 27355369 | + | UGI Utilities, PO BOX 15503,, WILMINGTON, DE 19850-5503 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 27355370 | + | Email/Text: ecfbankruptcy@nrg.com | Aug 19 2022 21:42:00 | NRG Business Solutions, 804 CARNEGIE CENTER,, PRINCETON, NJ 08540-6023 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | Andrew R. Vara |
| ust | | Andrew R. Vara |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ariel M. Olah (UST) | on behalf of U.S. Trustee Andrew R. Vara Ariel.Olah@usdoj.gov |
| Deborah L. Fish | on behalf of Health Care Ombudsman Deborah Fish dfish@allardfishpc.com |
| Leslie K. Berg (UST) | on behalf of U.S. Trustee Andrew R. Vara Leslie.K.Berg@usdoj.gov |
| Richardo I. Kilpatrick | rkilpatrick@kaalaw.com MI58@ecfcbis.com |
| Robert N. Bassel | on behalf of Debtor In Possession Berwick Clinic Company LLC bbassel@gmail.com, robertbassel@hotmail.com;ecfbassel@gmail.com |

TOTAL: 5