UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

    Debtor.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

_____

## SUPPLEMENT TO STATUS REPORT

NOW COMES Debtor, through counsel, and states:

1. Debtor previously filed a status report on 8.8.2022.

2. Since that time, the following pending motions have been filed:

    a. Motion to Assume Infrahealth Lease (at no cost to estate)

    b. Motion to Reject Certain Leases

3. Debtor is currently operating its vascular clinic and addressing patient concerns. Debtor is determining whether it will continue to operate past 10.31.2022. It most likely will not be continuing to operate as a vascular clinic after that time, and is in the process of preparing a transition plan. Debtor believes that it is able to confirm a chapter 11 plan which will provide for the requirements under the

Bankruptcy Code, including paying priority claims and administrative expenses in full on the Effective Date, subject to allowance of the respective claims and expenses. Any plan proposed will provide for various creditor protections, including subordination of insider claims.

Respectfully submitted,

__/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Counsel for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

DATED: Sept. 12, 2022