UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

BERWICK CLINIC COMPANY, L.L.C.

No. 22-45589
Chapter 11
Hon. Lisa S. Gretchko

Debtor.

_____

# NOTICE OF FILING DRAFT TRANSITION PROTOCOL

Debtor has attached the draft transition protocol as of 9.16.2022.

Respectfully submitted,
____/s/ Robert Bassel_____
Robert N. Bassel (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
248-677-1234
bbassel@gmail.com

Dated 9.16.2022

**THIS TRANSITION PROTOCOL IS IN DRAFT FORM AND FOR DISCUSSION PURPOSES ONLY**

*BERWICK CLINIC COMPANY*

TRANSITION PROTOCOL

DATE: SEPTEMBER 16, 2022

## I. INTRODUCTION

There will be three stages of transition protocol for the Berwick Clinic Company (BCC).
Stage 1: September 16- October 31, 2022
Stage 2: November 1, 2022- December 31, 2022.
Stage 3: For medical records only January 1, 2023 – end date required by state and federal law.

## II. NOTICE

BCC has provided the following notices to Patients and will provide a final notice see attached Exhibit C. (which will be drafted at a later date)

Below are the details of this Voluntary Closure:

1. Notice to Patients – Please see attached notice. Exhibit A.
2. Notice to Vascular Clinic Patients: BCC is closing this clinic, but Dr. Guerriero will reopen his own practice at the same office on November 1, 2022 and he is already scheduling the patients in November. At Dr. Guerriero's request, we are not sending a closure notice because he feels that will cause confusion in his patients. Other than the ownership, everything else will stay the same. He is hiring the staff that is currently there, to see his current patients.

## III. STAGES AND ASSIGNED PERSONNEL

1. STAGE 1 September 16, 2022 - October 31, 2022 Contact Information during the transition process:

    a. Primary contact for daily operations, ongoing Clinic issues and personnel oversight

    Name: Gina DiPippa

1

Address: 701 E. 16th Street, Berwick PA 18603
Phone: (570) 336 2047
Email:gina.dipippa@berwickhospitalcenter.com

b.  Contact responsible for Medical
    Name: Melissa Gum
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071
    Email:melissa.gum@berwickhospitalcenter.com

    Melissa Gum is in charge of the Athena software where the ENTIRE patient data resides. She checks the phone messages, takes calls and entertains other paper requests and then funnels them to the correct person which is detailed in sections below. Melissa will be in charge of medical records as well.

c.  Contact responsible Prescriptions:

    Name: John Gueriero, MD
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071
    Email:melissa.gum@berwickhospitalcenter.com

    Melissa Gum is the person in charge to manage the requests for all prescriptions. Dr. Guerrioeo writes the scripts for patients when Melissa presents him the request.

d.  Contact responsible for Prescriptions 18 and under:

    Name: Verona Roberts, NP
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071
    Email:melissa.gum@berwickhospitalcenter.com

    Melissa Gum is the person in charge to manage the requests for all prescriptions. Verona Roberts writes the scripts for patients under 18 when Melissa presents her the request.

e.  Contact responsible for Lab Results:

    Name: Mike Levandowski, CRNP/Verona Roberts, NP
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071

Email:melissa.gum@berwickhospitalcenter.com

Melissa Gum is the person in charge of managing the Athena Software where all the data related to the patients comes in. Melissa will inform Verona Roberts or Mike Levandowski who then call the patient or take any other action necessary when Melissa presents them the case.

- f. Contact responsible for Home Care and Physical Therapy Authorizations:

  Name: Mike Levandowski, CRNP
  Address: 701 E. 16th Street, Berwick PA 18603
  Phone:(570) 759 5071
  Email:melissa.gum@berwickhospitalcenter.com

  Melissa Gum is the person in charge of managing the Athena Software where all the data related to the patients comes in. Melissa will inform Mike Levandowski who then takes the necessary action when Melissa presents him the request.

2. STAGE TWO November 1, 2022- December 31, 2022 responsible contact during the transition process.

   - a. Primary contact for daily operations, ongoing Clinic issues and personnel oversight

     Name: Gina DiPippa
     Address: 701 E. 16th Street, Berwick PA 18603
     Phone: (570) 336 2047
     Email:gina.dipippa@berwickhospitalcenter.com

   - b. Contact responsible for Medical Records:

     Name: Melissa Gum
     Address: 701 E. 16th Street, Berwick PA 18603
     Phone:(570) 759 5071
     Email:melissa.gum@berwickhospitalcenter.com

   - c. Contact responsible Prescriptions:

     Name: John Gueriero, MD
     Address: 701 E. 16th Street, Berwick PA 18603
     Phone:(570) 759 5071

3

Email:melissa.gum@berwickhospitalcenter.com

Melissa Gum is the person in charge to manage the requests for all prescriptions. Dr. Guerriero will write the scripts for patients when Melissa presents him the request.

d.  Contact responsible for Prescriptions 18 and under:

    Name: Verona Roberts, NP
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071
    Email:melissa.gum@berwickhospitalcenter.com

    Melissa Gum is the person in charge to manage the requests for all prescriptions. Verona Roberts will write the scripts for patients under 18 when Melissa presents her the request. There were not very many in this population to begin with and since it is easier to find a pediatrician as compared to a family physician, children are able to find the providers much quicker. We are already witnessing very few requests right now so we do not anticipate many prescription requests to come in after October 31, 2022

e.  Contact responsible for Lab Results:

    Name: Mike Levandowski, CRNP
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071
    Email:melissa.gum@berwickhospitalcenter.com

    Melissa Gum is the person in charge of managing the Athena Software where all the data related to the patients comes in. Melissa will inform Mike Levandowski who then calls the patient or takes any other action necessary when Melissa presents him the case.

f.  Contact responsible for Home Care and Physical Therapy Authorizations:

    Name: Mike Levandowski, CRNP
    Address: 701 E. 16th Street, Berwick PA 18603
    Phone:(570) 759 5071
    Email:melissa.gum@berwickhospitalcenter.com

    Melissa Gum is the person in charge of managing the Athena Software where all the data related to the patients comes in. Melissa will inform Mike

Levandowski who then takes the necessary action when Melissa presents him the request.

3. STAGE THREE  January 1, 2023 - end date required by state and federal law, responsible contact Medical Records: TBD

    BCC will have a website presence for as long as required by state and federal law. Patients can go on the website and follow directions in order to get their medical records.

Please see EXHIBIT B for a summary of the above.

**IV     MEDICAL RECORDS**

How to get the medical records after Dec 31, 2022:

Number to call: Number to be published – This number will be available until at least Dec, 31, 2023.
Location: Location to be published, most likely it will be Berwick Hospital for personal pick up or they will be mailed to the patients or faxed to the new providers.
Process: Patients will be able to find the process on the website and will request accordingly. The website will be available as long as it is required by state and federal law.
Cost if any: Cost will be dictated as per the state law.

# ATTENTION FORMER PATIENTS OF BERWICK CLINICS

**All requested Berwick Clinic Records are now available for pick up within 72 hours of request**

**Pick Up Location: Berwick Hospital Center (Front Lobby)**
**701 E 16th St**
**Berwick, PA 18603**

**Pick Up Times: Monday-Friday 7AM-7PM**
**\*Please note this announcement applies to requested records only.**
**If you have not requested initial copies of your records, forms can be found through the clinic's patient portal, on this website, or at the Berwick Hospital Center.**

**\*Please have your photo ID available when you come to pick up your record**

**If you need a prescription refill, please call 570-759-0708, the last day we will accept requests is October 31, 2022.**

**www.berwickhospitalcenter.com**

# Prescription refill and patient test results



**Vascular Surgery Clinic** — 1918 Front Street, Berwick
- John Guerreiro, MD
- Michael Levandowski, CRNP

1. They are already scheduling his patients for November because Dr. Guerriero will open his clinic in Nov, 2022. The last 2 surgeries were done on Sept. 12, 2022
2. He owns the clinic so there is no change of address.
3. Mike L. is sending the patients to home health care starting Sept 16, 2022
4. Dr. Guerriero will write scripts for ALL patients until Dec 31, 2022.

**Albert Alley, PC** — 301 W. 3rd St., Berwick
- Albert Alley, DO

1. He is seeing his patients and everyone else's patients. He immediately took over after July 22, 2022
2. He owns the clinic so there is no change of address.

**Bloomsburg Clinic** — 3151 Columbia Blvd., Bloomsburg
- Verona Roberts, NP

1. Verona joined Berwick Clinic back in 1st week of August as a part time employee. She continues to do so. The plan is to have her write prescriptions for ALL patients under 18 years of age only until October 31, 2022. After that she will do it as needed.

**Berwick Clinic** — 751 E. 16th St., Suite 400, Berwick
- Michelle Hall, NP
- Dallas Riley, NP

1. They opened a clinic at 695 E. 16th St., Berwick – about 100 yards from the previous clinic. A lot of their patients are being seen by them.

**Berwick Clinic** — 751 E. 16th St., Suite 100, Berwick
- Ayesha Usman, MD

1. Dr. Usman wants to take her patients to her new place of work and we will allow that so that her patients are taken care of as of Nov, 2022.

# Medical records requests

To request medical records, the patients can go to:

1. The website that is already there at https://berwickhospitalcenter.com and request the records.

2. Call a number to request medical records.

3. Both of these methods are implemented currently and do not have to change.

The records will be provided to the patients within 3 working days or less at the hospital. If the pick-up location changes, the patients will be notified of such by phone.